UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

DUNG XUAN LE,

          Petitioner,

          v.

Warden of the ADELANTO ICE PROCESSING CENTER, et al.,

          Respondents.

Case No. 5:26-cv-03584-MWF-DTB

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered: (a) Granting the Petition; (b) ordering Respondents to immediately release Petitioner Dung Xuan Le (A# 077-300-801) from custody subject to the same conditions (if any) that he was subject to at the time he was arrested and detained; (c) ordering Respondents to return all property confiscated from Petitioner (if any) during his arrest and

1

processing into detention; (d) enjoining Respondents and their officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with them, from re-detaining Petitioner without complying with all applicable statutes and regulations, including, without limitation, 8 C.F.R. §§ 241.4(l)(1) and 241.13(i)(1); and (e) ordering Respondents to file a status report within two (2) business days of the date of the Order accepting and adopting the Report and Recommendation to confirm that Petitioner's release from custody is subject to the same conditions (if any) that he was subject to at the time he was arrested and detained.

Dated: July 30, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge