**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DUNG XUAN LE,<br><br>Petitioner,<br><br>v.<br><br>Warden of the ADELANTO ICE PROCESSING CENTER, et al.,<br><br>Respondents. | Case No. 5:26-cv-03584-MWF-DTB<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is granted and a writ shall be issued requiring Respondents to immediately release Petitioner Dung Xuan Le (A# 077-300-801) from custody subject to the same conditions (if any) that he was subject to at the time he was arrested and detained.

Respondents are ordered to return all property confiscated from Petitioner (if any) during his arrest and processing into detention.

Respondents and their officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with them are enjoined from re-detaining Petitioner without complying with all applicable statutes and regulations, including, without limitation, 8 C.F.R. §§ 241.4(l)(1) and 241.13(i)(1).

Respondents are ordered to file a status report within two (2) business days of the date of the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge to confirm that Petitioner's release from custody is subject to the same conditions (if any) that he was subject to at the time he was arrested and detained.

Dated: July 30, 2026

MICHAEL W. FITZGERALD
United States District Judge